GRACE H. SMITH, Respondent, v. NICHOLAS FASONELLA, Appellant. NELLIE M. SMITH, Respondent, v. NICHOLAS FASONELLA, Appellant. FRANCIS E. SMITH, Respondent, v. NICHOLAS FASONELLA, Appellant.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.